**Order entered September 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00315-CV

### PHYLLIS HOWARD, Appellant

### V.

### U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF 0F OWS REMIC TRUST 2013-1, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05873-E**

## ORDER

This appeal, from the trial court's order in a forcible detainer action, was filed March 6, 2019. Because a forcible detainer proceeding is intended to quickly resolve a dispute over the right to possession of real property, appellee has filed a motion urging we set this case for oral argument "as soon as possible."

We **DENY** the motion. The appeal will be submitted in due course.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE